%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Brian Price and Kathleen Price

## DEFENDANTS

Charles Harding

**(b)** County of Residence of First Listed Plaintiff   Delaware Co., PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Sussex Co., Delaware
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Bruce Martin Ginsburg
2112 Walnut St., Philadelphia, PA 19103 215-564-4400

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
    (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity
    (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury |  | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General |  | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Under Equal Access |
|  | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  | to Justice |
|  | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee |  | ☐ 950 Constitutionality of |
|  | Other |  | ☐ 465 Other Immigration |  | State Statutes |
|  | ☐ 440 Other Civil Rights |  | Actions |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332 Diversity

Brief description of cause:
Motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  12/3/08

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __43 Dorset Road, Glens Mills, PA__

Address of Defendant: __23501 Earnhardt Blvd., Milford, DE 19963__

Place of Accident, Incident or Transaction: __SR 202, Chadds Ford Township, Delaware Co., PA__
*(Use Reverse Side For Additional Space)*

No

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐   No☒

Does this case involve multidistrict litigation possibilities?          Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

    Yes☐   No☒X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

    Yes☐   No☒X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

    Yes☐   No☒X

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?

    Yes☐   No☒X

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A.  *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B.  *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, __Bruce Martin Ginsburg__ , counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __12/3/08__          _____          __22187__
                           Attorney-at-Law                   Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __12/3/08__          _____          __22187__
                           Attorney-at-Law                   Attorney I.D.#

CIV. 609 (6/08)

APPENDIX I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Brian Price and Kathleen Price | : | CIVIL ACTION |
| v. | : | |
| Charles Harding | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (✓)

| | | |
|---|---|---|
| _12/3/08_ | Bruce Martin Ginsburg | Plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-564-4400 | 215-564-4585 | bginsburg@ginsburg-law.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BRIAN PRICE and**                     :
**KATHLEEN PRICE**                      :
43 Dorset Road                          :
Glen Mills, PA  19342                   :
                                        :      **CIVIL ACTION COMPLAINT**
            Plaintiff,                  :
                                        :      **No.:**
    vs.                                 :
                                        :
**CHARLES HARDING**                     :
23501 Earnhardt Blvd..                  :
Milford, DE 19963                       :
                                        :
            Defendant.                  :
                                        :

## THE PARTIES

1.      Plaintiffs, BRIAN PRICE and KATHLEEN PRICE, are husband and wife and adult individuals who reside at 43 Dorset Road, Glen Mills, PA. 19342 and are citizens of Pennsylvania.

2.      Defendant, CHARLES HARDING, is an adult individual residing at 23501 Earnhardt Blvd., Milford, DE. and is a citizen of Delaware.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

4.      Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the United States District Court for the Eastern District of Pennsylvania

because the Eastern District of Pennsylvania is where a substantial part of the events or omissions giving rise to the claim occurred.

5.      The amount in controversy does exceed $75,000.00.

6.      Plaintiffs hereby demand a trial by jury.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7.      On or about May 25, 2007, Plaintiff, BRIAN PRICE, did drive, operate, possess and control a motor vehicle, a 2005 Ford Explorer, bearing PA License Plate Number EPS3355.

8.      On or about May 25, 2007, Defendant, CHARLES HARDING, did own, manage, drive, operate, possess and control a motor vehicle, a 2002 Kenworth W90, bearing DE License Plate Number CL111552.

9.      On or about May 25, 2007, at approximately 11:45 a.m., at or near southbound SR 202, Chadds Ford Township, Delaware County, Pennsylvania, Defendant, CHARLES HARDING, so negligently and/or carelessly operated his vehicle so as to so as to violently collide into the rear of Plaintiff's vehicle, as Plaintiff lawfully proceeded southbound on SR 202, causing Plaintiff, BRIAN PRICE, to sustain the injuries and other losses hereinafter more fully set forth.

10.      Plaintiff, BRIAN PRICE, alleges that an insufficient amount of time has passed within which to determine the identity of any other persons or business entities who may be responsible for the causation of the accident.

11.     The injuries resulted solely from the negligence and/or carelessness of Defendant, CHARLES HARDING, and were in no manner whatsoever due to any act or failure to act on the part of the Plaintiff, BRIAN PRICE.

## COUNT I - NEGLIGENCE
## BRIAN PRICE v. CHARLES HARDING

12.     Plaintiff, BRIAN PRICE, incorporates by reference paragraphs 1 through 11, as fully as though each were set forth herein at length.

13.     The collision was caused solely by reason of the negligence and/or carelessness Defendant, CHARLES HARDING, and in addition to the aforementioned, consisted of the following:

      a.     Operating a vehicle at a high and dangerous rate of speed under the circumstances;

      b.     Failing to have said vehicle under proper control at that time;

      c.     Failure to use the highest degree of skill in the operation of a vehicle;

      d.     Failing to keep a proper distance from other vehicles;

      e.     Failing to keep a proper lookout for others lawfully using said road;

      f.     Continuing to operate said vehicle in a direction toward the Plaintiff, when he saw or in the exercise of reasonable diligence should have seen that further operation in that direction would result in a collision;

      g.     Failing to stop his vehicle upon the shortest possible notice; and

3

h.     Upon information and belief and subject to discovery, operating a vehicle in violation of the laws and ordinances of the Chadds Ford Township, Delaware County and the Commonwealth of Pennsylvania.

14.     The injuries suffered by Plaintiff, BRIAN PRICE, in the motor vehicle collision more specifically described in this complaint have resulted in serious impairment of bodily function, including but not limited to: C4-5,C5-6 and C6-7 disc herniation; L5-S1 disc protrusion; T5-6,T6-7,T7-8,T8-9,T9-10 disc bulging; cervical, thoracic and lumbar strain and sprain; radiculopathy; post traumatic concussion with associated cephalgia and eye pressure; rib strain and sprain as well as, other injuries as may be diagnosed by Plaintiff's health care providers, all of which injuries have in the past and may in the future, cause Plaintiff great pain and suffering.

15.     As a further result of the negligence and/or carelessness of the Defendant, CHARLES HARDING, as aforesaid, Plaintiff, BRIAN PRICE, has and will be obliged to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses, and he may be obliged to continue to expend such sums and to incur such expenditures for an indefinite period of time in the future, to his great detriment and loss.

16.     As a further result of the negligence and/or carelessness, of the Defendant, CHARLES HARDING, as aforesaid, Plaintiff, BRIAN PRICE, has suffered agonizing aches, severe physical pains, disability, mental anguish and humiliation and will continue to suffer same for an indefinite time in the future, to Plaintiff's great detriment and loss.

17.    As a result of the negligence and/or carelessness of the Defendant, CHARLES HARDING, as aforesaid, Plaintiff, BRIAN PRICE, may or will suffer a loss of earnings, and impairment of earning capacity and power, and will continue to incur same in the future.

**WHEREFORE**, Plaintiff, BRIAN PRICE, demands judgment against Defendant, CHARLES HARDING, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, plus interest and costs of suit.

## COUNT II – SPOUSAL LOSS OF CONSORTIUM
### KATHLEEN PRICE  v CHARLES HARDING

18.    Plaintiff, KATHLEEN PRICE, hereby incorporates by reference paragraphs 1 through 17, as though same were fully set forth at length herein.

19.    Solely as a result of the aforesaid negligence and/or carelessness of Defendant, CHARLES HARDING, Plaintiff, KATHLEEN PRICE, as spouse of Plaintiff, BRIAN PRICE, has been deprived of the society, companionship, aid, assistance, earnings and consortium of said spouse, all of which have, and may in the future continue to cause great emotional and financial loss and damage.

**WHEREFORE**, Plaintiff, KATHLEEN PRICE, demands judgment against Defendant, CHARLES HARDING, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, plus interest and costs of suit.

5

**GINSBURG & ASSOCIATES**

By_____

BRUCE MARTIN GINSBURG, ESQUIRE
2112 Walnut Street
Philadelphia, PA  19103
(215) 564-4400
IDENTIFICATION NO.:  22187
Attorney for Plaintiffs:
BRIAN PRICE and PATRICIA PRICE

Dated:

6

## VERIFICATION

Plaintiff verifies that the statements made in this pleading are true and correct to the best of plaintiff's knowledge, information and belief. To the extent that the pleading contains averments of law and language of counsel and results of investigation, plaintiff has relied on counsel. Plaintiff understands that false statements herein are made subject to penalties of 18 Pa. §4904, relating to unsworn falsification to authorities.